Anthony M. Keats (Bar No. 123672)
David K. Caplan (Bar No. 181174)
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363
Emails: akeats@kmwlaw.com
dcaplan@kmwlaw.com

Attorney for Plaintiff
BURBERRY LIMITED

FILED
CLERK, U.S. DISTRICT COURT
JUN 1 6 2005
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

LODGED
2005 JUN 15 PH 1:44
CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF
LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BURBERRY LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>KOBRA ZARAFSHAN, an individual; EDGAR J. CANDANEDO MORENO, an individual and JOHN DOES 1-10,<br><br>Defendants. | Case No.: CV 05-1188 GAF (SHx)<br><br>**FINAL JUDGMENT UPON CONSENT WITH RESPECT TO DEFENDANT KOBRA ZARAFSHAN** |

ENTERED
CLERK, U.S. DISTRICT COURT
JUN 17 2005
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

I:\IP\10316\00015\Pleadings\Consent Judgment-Zarafshan.doc

Plaintiff Burberry Limited ("Plaintiff") having filed a Complaint in this action charging defendant Kobra Zarafshan ("Defendant") with federal trademark counterfeiting, federal trademark infringement, federal false designation of origin, federal trademark dilution, state statutory and common law trademark dilution, state common law trademark infringement and unfair competition, state statutory trademark infringement and unfair competition, and constructive trust, and the parties desiring to settle the controversy between them, it is

**ORDERED, ADJUDGED AND DECREED** as between the parties hereto that:

1. This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 15 U.S.C. § 1121, and 28 U.S.C. § 1331 and 1338(a) and (b). Service was properly made against Defendant.

2. Plaintiff is responsible for designing and/or licensing, assembling, finishing, marketing and selling in interstate commerce high quality, clothes, footwear, scarves, handbags, luggage, watches, eyeglasses, sunglasses, jewelry, cosmetics, writing instruments and many other products (the "Products").

3. Burberry merchandise is sold in department stores, boutiques, Burberry stores and via other legitimate retail establishments.

4. For many years, and since long prior to the acts of Defendant complained of herein, Plaintiff has been the user, <u>inter alia,</u> of the trademarks, BURBERRY, THOMAS BURBERRY, the "Burberry Check", and the "Equestrian Knight" device (hereinafter referred to as the BURBERRY trademarks or marks), which have been used continuously by Plaintiff on, and in connection with, the advertising and sale of the Products in interstate and intrastate commerce, including commerce in the State of California, and in this judicial district.

5. Plaintiff is the exclusive distributor or licensor in the United States of Burberry merchandise, all of which bears one or more of the Burberry Trademarks.

6. Burberry is the owner of the following registrations in the U.S. Patent and Trademark Office:

| Trademark | Reg. No. | Reg. Date | Goods Covered |
|---|---|---|---|
| THOMAS BURBERRY | 2,629,988 | 10/08/2002 | articles of luggage, namely, suitcases, athletic and sport bags, beach bags, carry-on bags, clutch bags, duffel and gym bags, overnight bags, school book bags, shoulder bags, tote bags, garment bags for travel, carryall bags, traveling bags, hand bags, wallets and purses; toiletry bags sold empty and cosmetic bags sold empty; brief cases, satchels and portfolios; cases for personal organizers; parasols, umbrellas, walking sticks; leather key fobs, leather key holders, and dog coats; articles of outer-clothing, namely, coats, overcoats, trench coats, casual coats and raincoats, blousons, polo shirts, blouses, dresses, pajamas, knitwear namely, jumpers, sweaters, gilets, knit shirts, knit skirts and knit scarves, shorts, trousers, suits, skirts, jackets, underclothes, hosiery, headwear, footwear, sports clothing namely, sport trousers, sport shorts, sport shirts, sport jackets, sports footwear and tracksuits, garments that can be attached to or detached from coats, raincoats, trench coats, or casual coats for additional warmth, ties, belts, wraps, scarves, shawls, and stoles, gloves |
| BURBERRY | 2,624,684 | 09/24/2002 | retail store services featuring |

| | | | |
|---|---|---|---|
| | | | clothing, watches, sunglasses, accessories, shoes, luggage, leather goods and fragrances |
| Burberry Check | 2,612,272 | 08/27/2002 | retail store services in the fields of clothing, accessories, shoes, luggage, leather goods and fragrances |
| Burberry Check (Black & White) | 2,732,617 | 7/1/2003 | perfumes, eau de toilettes, eau de parfums; body lotion, soaps; personal deodorants; aftershave; shampoo for the hair and for the body; shower gels; bath gels; articles of luggage, namely, suitcases, athletic and sport bags, beach bags, carry-on bags, clutch bags; duffel and gym bags; overnight bags; school book bags, shoulder bags, tote bags, garment bags for travel, carryall bags, traveling bags, hand bags, leather bags for computers and cameras; wallets and purses; toiletry bags sold empty and cosmetics bags sold empty; brief cases, satchels and portfolios; parasols, umbrellas, walking sticks; leather key fobs, leather key holders, and dog coats; articles of outerclothing, namely, coats, overcoats, trench coats, casual coats, raincoats, jackets and blousons, poloshirts, blouses, dresses, pyjamas, knitwear namely, jumpers, sweaters, gilets, knitted shirts, knitted skirts and knitted scarves; and shorts, trousers, suits, skirts, underclothes, hosiery, headwear, footwear, sports clothing namely, sports trousers, sports shorts, sports shirts, sports jackets, sports footwear; tracksuits, garments that can be attached to or detached from coats, raincoats, trench coats, or casual coats for additional |

| | | | |
|---|---|---|---|
| | | | warmth; ties, belts, wraps, serapes, scarves, shawls and stoles, gloves. |
| Burberry Check | 2,022,789 | 12/17/1996 | suitcases, traveling bags, holdalls, suit and garment carriers for travel, attaché cases, document cases, briefcases, purses, drawstring pouches, wallets, billfolds, passport holders, key cases, handbags, shoulder bags, credit card cases, business card cases, toilet bags sold empty, toilet cases sold empty, shaving bags sold empty, tie cases for travel, umbrellas and parasols; clothing for men and women, namely, scarves, pullovers, cardigans, sweaters, overcoats, raincoats, shirts, belts; slippers for men; golf bags, golf club covers, golf ball holders, cases containing golf balls, golf tees and golf markers, cases for holding score cards, pens and pencils for use in golf; traveling comforter, namely, fabric blanket-like articles for keeping warm, e.g., when traveling in cold climates, or for use as a stadium blanket |
| Burberry Check | 1,241,222 | 06/07/1983 | coats, top coats, jackets, trousers, slacks, waistcoats, skirts, capes, hats, bonnets, berets, shirts, scarves, shawls and blouses |
| Prorsum Label | 756,953 | 09/17/1963 | coats, topcoats, jackets, rainwear, suits, breeches, trousers, slacks, shorts, riding habits, waist-coats, gaiters, leggings, overalls, shirts, fur coats, fur jackets, capes, hats, caps, helmets, bonnets, hoods, toques, berets, neckties, stockings, socks, braces, suspenders, garters, belts, boots, shoes, slippers, sandals; underwear, gloves, shirts, collars, pajamas, lingerie, dressing gowns, |

| | | | |
|---|---|---|---|
| | | | cardigans, sweaters, pullovers, scarves, corsets, foundation garments, brassieres, blouses, swimwear, beach robes, dresses, ski-wear, fishing waders, and handkerchiefs |
| BURBERRY | 510,077 | 05/24/1949 | clothing-namely, coats and topcoats for men, women, and children; jackets for men, women, and children; breeches for men and boys; suits for men and boys; riding habits for women and girls; waistcoats for men, women, and children; gaiters for men, women, and children; leggings for men, women, and children; overalls for men, women, and children; skirts for outer wear for women and children; fur coats and fur jackets for men, women, and children; capes for men, women, and children; hats and caps for men, women, and children; helmets for men and women; bonnets, hoods, and toques for men, women, and children; neckties for men, women and children; stockings and socks for men, women, and children; braces and suspenders for men, women, and children; belts for outer wear for men, women, and children; belts for outer wear for men, women, and children; boots for men, women, and children, of leather and rubber or combinations of these materials; shoes and slippers for men, women, and children; of leather, rubber, and fabric or combinations of these materials; underwear of knitted and textile fabric for men, women, and children; gloves for men, women, and children of leather and fabric |

| BURBERRY | 259,571 | 08/06/1929 | piece goods, namely, cloths, and stuffs of wool, worsted, or hair |
|---|---|---|---|
| BURBERRY | 260,843 | 08/27/1929 | clothing, namely, coats and topcoats for men, women, and children; jackets for men, women, and children; breeches for men and boys; suits for men and boys; riding habits for women and girls; waistcoats for men, women, and children; gaiters for men, women, and children; leggings for men, women, and children; overalls for men, women, and children; skirts for outer wear for women and children; fur coats and fur jackets for men, women, and children; capes for men, women, and children; hats and caps for men, women, and children; helmets for men and women; bonnets, hoods, and toques for men, women, and children; neckties for men, women, and children; stockings and socks for men, women, and children; braces and suspenders for men, women, and children; belts for outer wear for men, women, and children; boots of rubber and fabric or combinations of these materials for men, women and children; shoes and slippers of leather, rubber, and fabric or combinations of these materials for men, women, and children; underwear of knitted and textile fabric for men, women, and children; gloves for men, women, and children, of leather and fabric |

(hereinafter collectively referred to as the "Burberry Registrations").

Content:

7. The Burberry Registrations are in full force and effect and many have become incontestable pursuant to 15 U.S.C. § 1065.

8. Defendant has manufactured, distributed, offered for sale, and sold merchandise wrongfully bearing counterfeits of the BURBERRY trademarks.

9. Defendant and her affiliates, agents, servants, employees, representatives, successors, assigns, and any person or entity acting under Defendant's direction or control, or in active concert or participation with Defendant are immediately and permanently enjoined throughout the world from

    (a) using any reproduction, counterfeit, copy or colorable imitation of the BURBERRY trademarks to identify any goods or the rendering of any services not authorized by Plaintiff;

    (b) engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead, or deceive purchasers, Defendant's customers, and/or members of the public to believe that, the actions of Defendant, the products sold by Defendant, or Defendant herself is connected with Plaintiff, are sponsored, approved, or licensed by Plaintiff, or are in some way connected or affiliated with Plaintiff;

    (c) affixing, applying, annexing, or using in connection with the manufacture, distribution, advertising, sale, and/or offering for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiff;

    (d) diluting and infringing the aforementioned trademarks and damaging Plaintiff's goodwill, reputations, and businesses;

    (e) further infringing the BURBERRY trademarks by manufacturing, producing, distributing, circulating, selling, marketing, offering for

sale, advertising, promoting, renting, displaying or otherwise disposing of any products not authorized by Plaintiff bearing any simulation, reproduction, counterfeit, copy or colorable imitation of the BURBERRY trademarks;

(f) using any simulation, reproduction, counterfeit, copy or colorable imitation of the BURBERRY trademarks in connection with the rental, promotion, advertisement, display, sale, offering for sale, manufacture, production, circulation or distribution of any unauthorized products in such fashion as to relate or connect, or tend to relate or connect, such products in any way to Plaintiff, or to any goods sold, manufactured, sponsored or approved by, or connected with Plaintiff;

(g) making any statement or representation whatsoever, or using any false designation of origin or false description, or performing any act, which can or is likely to lead the trade or public; or individual members thereof, to believe that any products manufactured, distributed, sold or rented by Defendant are in any manner associated or connected with Plaintiff, or are sold, manufactured, licensed, sponsored, approved or authorized by Plaintiff; and

(i) assisting, aiding or abetting any other person or business entity from engaging in or performing any of the above-described acts.

10. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of the Settlement Agreement between the parties, this Judgment, the enforcement thereof and the punishment of any violations thereof.

11. This Judgment shall be deemed to have been served upon Defendant at the time of its execution by the Court.

12. The Court expressly determines that there is no just reason for delay in entering this Judgment, and pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs entry of judgment against Defendant.

Dated: 6/15/05, Los Angeles, California.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

ANTHONY M. KEATS
DAVID K. CAPLAN
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California 90212
(310) 248-3830

_____
David Caplan
Attorneys for Plaintiff
BURBERRY LIMITED

## CONSENTS

The undersigned hereby consent to the entry of the Final Judgment Upon Consent With Respect to Kobra Zarashan.

Dated: 05/25/05, 2005      KOBRA ZARAFSHAN

By: _____
Kobra Zarafshan

C:\Documents and Settings\maryam zar\My Documents\Burberry consent judgment.doc

-10-

# PROOF OF SERVICE BY MAIL
*Burberry Limited v. Kobra Zarafshan, et al.*
USDC Case No. CV 05-01188 GAF (SHx)

I, the undersigned say:

I am and was at all times herein mentioned a resident of the County of Los Angeles, over the age of eighteen (18) years and not a party to the within action or proceeding. My business address is 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California 90212, and I am employed in the offices of Keats, McFarland & Wilson LLP by a member of the Bar of this Court at whose direction the service mentioned herein below was made.

I am readily familiar with the normal business practice of my employer for the collection and processing of correspondence and other materials for mailing with the United States Postal Service. In the ordinary course of business, any materials designated for mailing with the United States Postal Service and placed by me for collection in the office of my employer is deposited the same day with the United States Postal Service, postage prepaid.

On June 15, 2005, I served the following document(s):

**FINAL JUDGMENT UPON CONSENT
WITH RESPECT TO DEFENDANT KOBRA ZARAFSHAN**

upon counsel and interested parties named below by placing a true and correct copy thereof in an envelope addressed as follows:

| | |
|---|---|
| Kobra Zarafshan<br>11260 Missouri Ave., #12<br>Los Angeles, CA 90025<br>**Defendant** | Edgar J. Candanedo Moreno<br>1152 East 43rd Street<br>Los Angeles, CA 90011<br>**Defendant** |

BY MAIL: I sealed said envelope(s) and, following the ordinary business practices of my employer, placed said sealed envelope(s) in the office of my employer at 9720 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California, for collection and mailing with the United States Postal Service on the same date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 15, 2005, at Beverly Hills, California.

_____
Amelia Lee

I:\IP\10316\00015\POS\POS-Mail.doc